IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VINCENT GREGG, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00234 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| KEEN MOUNTAIN | ) | |
| CORRECTIONAL CENTER, *et al.*, | ) | By: Michael F. Urbanski |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and this matter is **STRIKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    Entered: June 23, 2014

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge